

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RUNGE, | ) Case No. CV 99-0022-DT(RCx) |
| Plaintiff, | ) NOTICE OF SETTLEMENT CONFERENCE |
| vs. | ) AND SETTLEMENT CONFERENCE ORDER |
| CITY OF ONTARIO, et al., | ) |
| Defendants. | ) |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Rosalyn M. Chapman for a settlement conference. The settlement proceedings will be in accordance with Local Rule 23 unless this Order provides otherwise; then this Order takes precedence. The purpose of the settlement conference is to permit an informal discussion between the attorneys, parties, non-party indemnitors or insurers, and the settlement judge of every aspect of the lawsuit bearing on its settlement value. Neither the settlement conference statements nor communications of any kind occurring during the settlement conference can be used by any

party with regard to any aspect of the litigation or trial of the case.

**You are hereby notified that the settlement conference is scheduled for <u>July 7, 1999, at 9:00 a.m.</u>, Courtroom C, 8th Floor, United States Courthouse, 312 North Spring Street, Los Angeles, California  90012.**

Unless otherwise permitted in advance by the Court, the attorneys who will try the case **shall** appear at the settlement conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.  Any special arrangements desired in cases where settlement authority rests with a governing body shall be proposed in advance.

Prior to the settlement conference, the attorneys are ORDERED to discuss settlement with their respective clients and insurance representatives.  The parties are FURTHER ORDERED to submit a settlement conference statement <u>in camera</u> directly to the chambers of Magistrate Judge Chapman, Room 833, 312 N. Spring Street, Los Angeles, California  90012, no later than seven (7) court days before the settlement conference **and** to serve the statement on all parties, but not file it with the Clerk of the Court.

The settlement conference statement shall include the following:

A.  A brief statement of the facts of the case, and of the claims and defenses, i.e., the statutory or other grounds upon which the claims are founded.  This statement should identify the major

factual and legal issues in dispute.

    B.   An itemized statement of the damages claimed, and of any other relief sought.

    C.   A summary of the proceedings to date.

    D.   A history of past settlement discussions, offers and demands. If no discussions have taken place, the Court encourages the attorneys to discuss settlement prior to the settlement conference.

**The parties shall also prepare a confidential addendum to the settlement conference statement, which shall be submitted directly to Magistrate Judge Chapman; but need not be served on the other parties or filed with the Clerk of Court.** The confidential addendum shall contain:

    A.   A forthright evaluation of the party's likelihood of prevailing on each of its claims and/or defenses.

    B.   Approximate attorney's fees, time and costs expended to date, and an estimate of the fees, time and costs to be expended for further discovery, pretrial and trial.

    C.   The party's evaluation of the terms on which the case could be settled fairly.

Any failure of the trial attorneys, parties or persons with settlement authority to attend the settlement conference will result

1 | in sanctions, including the fees and costs expended by the other
2 | parties in preparing for and attending the settlement conference.
3 | Failure to timely submit the settlement conference statement and
4 | confidential addendum to the Court will also result in sanctions.

6 | If settlement between any or all parties is reached as a result
7 | of the settlement conference, it is the responsibility of all counsel
8 | to immediately report the settlement to the District Judge's courtroom
9 | deputy clerk, as well as to timely memorialize same. See Local Rule
10 | 23.8.

DATE: June 3, 1999

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

Service List:

Thomas E. Beck, Esq.
Thomas E. Beck & Associates
3435 Wilshire Boulevard
Suite 2900
Los Angeles, CA 90010-2015

Diana L. Field, Esq.
Ferguson Praet & Sherman
1631 East 18th Street
Santa Ana, CA 92705-7101

Honorable Dickran Tevrizian

case990\99-0022.1
6/3/99